RECEIVED
IN MONROE, LA
JUL 2 0 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| JAMES G. WHITE | CIVIL ACTION NO. 06-0665 |
| VS. | SECTION P |
| WARDEN SILLS | JUDGE JAMES |
| | MAGISTRATE JUDGE HAYES |

## **JUDGMENT**

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the Petition for Writ of Habeas Corpus be **DENIED** and **DISMISSED WITHOUT PREJUDICE** for failing to exhaust available state court remedies.

THUS DONE AND SIGNED, in chambers, in Monroe, Louisiana, on this 20 day of July, 2006.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE